EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

EDRIC M. CHING  6697
Assistant U.S. Attorney
Attn: Financial Litigation Unit
Rm 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone:  (808) 541-2850
Fax:        (808) 541-3752
Email:  Edric.Ching@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 02-00398-001 |
| | ) | |
| Plaintiff, | ) | SATISFACTION OF JUDGMENT |
| | ) | AND RELEASE OF NOTICE OF |
| vs. | ) | LIEN |
| | ) | |
| | ) | |
| Andrew G. Botts, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

SATISFACTION OF JUDGMENT
AND RELEASE OF NOTICE OF LIEN

The United States of America, by and through its
attorneys, EDWARD H. KUBO, JR., United States Attorney for the
District of Hawaii, and Edric M. Ching, Assistant U.S. Attorney,
states that on October 23, 2003, a Judgment in a Criminal Case
was entered against Andrew G. Botts (SSN: XXX-XX-7009) in the
U.S. District Court, District of Hawaii, ordering payment of a
special assessment of $100.00, a fine of $10,000.00 and a
restitution of -0-.

Notices of Lien for Fine and/or Restitution Imposed Pursuant to the Anti-Terrorism and Effective Death Penalty Act of 1996 were recorded on November 3, 2003 and December 15, 2003 at the Bureau of Conveyances, State of Hawaii, Document Nos. 2003-241379 and 2003-275804.

The special assessment, fine, and/or restitution amounts have been fully satisfied.

DATED: <u>October 17, 2007</u>, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ Edric M. Ching

By:_____
   EDRIC M. CHING
   Assistant U.S. Attorney
   Attorneys for Plaintiff

213.wp